OCTOBER 10, 1960

*United States* v. *Clarence S. Holmes a/c Best Products Mfg. Co.* (No. 5042).—
Wood (Mfrs. of)—"rough plates"—nonenumerated manufactured articles—
Trade agreement.

*Perryman, Mojonier, a/c R. Sewelson Co.* v. *United States* (No. 5047).—Wool
hooked rugs—carpets, rugs, and mats, other—Trade agreement.

*United States* v. *Ace Importing Co., Inc.* (No. 5052).—Household articles—blown
glass articles, not cut or engraved—glass paper weights—Trade agreement.

*United States* v. *John V. Carr & Son, Inc.* (No. 5057).—Rolled steel—metal
scrap—Public Law 869.

FEBRUARY 7, 1961

*Morris Friedman* v. *United States* (No. 5050).—Loud speakers—electrical element
or device—radios, parts of—Trade agreement.

JULY 7, 1961

*United States* v. *F. W. Myers & Co., Inc.* (No. 5077).—Nickel—cobalt bris-
quettes—nickel—containing material derived from ore—Public Law 723, 84th
Congress.

JULY 21, 1961

*United States* v. *A. N. Deringer, Inc.* (No. 5076).—Steam traps—cost of produc-
tion—reappraisement of.

*Inter-Maritime Forwarding Co., Inc.* v. *United States* (No. 5078).—Woven woolen
fabrics.

*United States* v. *Roberto Colon Machinery Co.* (No. 5082).—Crawler tractors—
agricultural implements—machines, n.s.p.f.